NO. 07-10-0208-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 8, 2010

_____

WELLS FARGO BANK, NATIONAL ASSOCIATION

Appellant

v.

CATHERINE D. KOEHLER TRUST AND LOUISE TRAMMEL TRUST,

Appellees

_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 98,287-E; HON. DOUGLAS WOODBURN, PRESIDING

_____

*Memorandum Opinion*

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before the court is the joint motion of appellant Wells Fargo Bank, National Association and appellees, the Catherine D. Koehler Trust and the Louise Trammell Conley Trust, to reverse the trial court's judgment and remand the cause. The movants represent they have settled their dispute but that the settlement necessitates entry by the trial court. Thus, they request that the judgment be reversed

and the cause remanded to the trial court to reinvest it with jurisdiction to consider the compromise. Therefore, we grant the motion.

Accordingly, the judgment is reversed and the cause is remanded to the trial court pursuant to Texas Rule of Appellate Procedure 43.2(d) and *Dunn v. Canadian Oil & Gas Serv., Inc.*, 908 S.W.2d 323 (Tex.App.–El Paso 1995, no writ).


Brian Quinn
Chief Justice